IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 17-10322-NLH-AMD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. FITZGERALD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER WITHDRAWING UNITED STATES' MOTION FOR DEFAULT JUDGMENT

This matter is before the Court on the United States' Motion for Default Judgment

against all defendant in the above-reference matter. After reviewing the United States' Motion to

Withdraw its Motion for Default Judgment, it is hereby

ORDERED that the United States' Motion for Default Judgment (Dkt. No 11) is

WITHDRAWN.

Entered this ___19th___ day of ___April___ 2018.


_____
NOEL L. HILLMAN
United States District Judge